FORD v. GARTNER HARDWARE COMPANY.

This case is controlled by *Burns* v. *Van Laan*, 367 Mich 485. ·

Appeal from Monroe; Weipert, Jr. (William J.), J. Submitted October 10, 1961. (Docket No. 45, Calendar No. 49,036.) Decided September 10, 1962.

Case by Christine Ford against Gartner Hardware Company, a Michigan corporation, and William Simonds for personal injuries and for certain damages arising from the death of her husband in automobile collision. Motion granted striking certain portions of declaration. Plaintiff appeals. Affirmed.

*James J. Kelley, Jr.,* for plaintiff.

*Ready & Braunlich,* for defendants.

BLACK, J. This case was reassigned May 23d, to the writer, immediately after the like case of *Burns* v. *Van Laan*, 367 Mich 485, was scheduled for submission during the present June term. It is controlled by the *Burns Case,* decided this day.

Affirmed, with costs to appellees.

CARR, C. J., and DETHMERS, KELLY, KAVANAGH, SOURIS, and OTIS M. SMITH, JJ., concurred.

ADAMS, J., took no part in the decision of this case.